1  Dennis C. Winters-Bar No. 89872
   **WINTERS LAW FIRM**
2  1820 East 17ᵗʰ Street
   Santa Ana, California 92705
3  (714) 836-1381 Telephone
   (714) 542-2495 Facsimile
4
   Attorney for Plaintiff
5

6

7                  UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 In re: GALINA ANDREYEV,              No. CIV-S-05-0705 MCE

11                 Debtor,
   ──────────────────────────────/
12

13 FIRST NATIONAL BANK OF OMAHA,     **ORDER   REQUESTING   TELEPHONIC
                                     APPEARANCE**
14                 Plaintiff,

15     v.                           DATE: December 5, 2005
                                    Time: 9:00 A.M.
16 GALINA ANDREYEV,                 Courtroom No. 3

17                 Defendant.
   ──────────────────────────────/
18

19      Upon consideration of Plaintiff, First National Bank of Omaha's

20 Request for a telephonic Appearance on December 5ᵗʰ, 2005; at the

21 number of (714) 836-1383, it is hereby **ORDERED** that the Request is

22 **DENIED.**

23 DATED: December 1, 2005

24

25

26                              _____
                                MORRISON C. ENGLAND, JR
27                              UNITED STATES DISTRICT JUDGE

28